UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANGELIA THOMPSON,

    Plaintiff,

v.                                                                                                             Case No: 5:13-cv-405-Oc-22PRL

MJ ALTMAN COMPANIES, INC.

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's Motion to Strike Defendant's Response to Complaint. (Doc. 6). On September 16, 2013, Michael J. McDoniels, President/CEO of Defendant, MJ Altman Companies, Inc. sent a letter to Plaintiff's counsel denying the allegations in Plaintiff's Complaint. (Doc. 6, Exhibit A). To date, Defendant has not filed a response to the Complaint with the Court.

It is well-settled that a corporation may appear and be heard **only** through counsel admitted to practice in this Court. *See e.g., Middle District of Florida Local Rule* 2.03(e); *Textron Fin. Corp. v. RV Having Fun Yet, Inc.,* No. 3:09-cv-2-K-34TEM, 2010 WL 1038503, at *6 & n.6 (M.D. Fla. 2010)("[a] corporation's financial constraints do not excuse the requirement that it have legal representation in Court proceedings."). Accordingly, Defendant must be represented by counsel in this action.

Upon due consideration, Plaintiff's Motion (Doc. 6) is **GRANTED** to the extent that on or before **October 22, 2013** Defendant, **through counsel**, shall file and serve a response to Plaintiff's Complaint, failing which default will be entered against Defendant.

**DONE** and **ORDERED** in Ocala, Florida on October 2, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Michael J. McDoniels
President/CEO
MJ Altman Companies, Inc.
112 East Fort King Street
Ocala, Florida 34471